UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HORACE A. DAUGHTRY, ON HIS OWN
BEHALF AND ON BEHALF OF THOSE
SIMILARLY SITUATED,

                Plaintiffs,

-vs-                                            Case No. 6:08-cv-156-Orl-28KRS

MAXIMUM AIR CONDITIONING, INC.,
MARGO MAUDLIN,

                Defendants.

## ORDER

This case is before the Court on the Joint Amended Motion for Approval of Terms of Settlement and Dismissal with Prejudice (Doc. No. 32) filed June 24, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed June 26, 2008 (Doc. No. 33) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Joint Amended Motion for Approval of Terms of Settlement and Dismissal with Prejudice (Doc. No. 32) is **GRANTED**.

3.    The collective action allegations of the complaint are dismissed.

4. The Court finds that the amount received by Plaintiff Horace A. Daughtry is a fair and reasonable resolution of a bona fide dispute over Fair Labor Standard Act ("FLSA") provisions.

5. This case is dismissed as to Plaintiff Daughtry with prejudice.

6. The Court does not reserve jurisdiction to enforce the settlement agreement.

7. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __3/__ day of July, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party